IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 13 PM 4: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ServiceMaster Residential/Commercial
Services, L.P.,

      Plaintiff,

v.   No. 05-2755-B/V

Donnell Hooker, Tommy Tucker,
Betty Tucker, Richard Tucker, Clean
Source, Inc. and Blake Industries, Inc.,

      Defendants.

## ORDER OF REFERENCE

Before the court is Plaintiff's Motion for Preliminary Injunction filed on October 11, 2005. This matter is hereby referred to the United States Magistrate Judge for a report and recommendation. Any objections to the magistrate judge's report and recommendation shall be made within ten (10) days after service of the report, setting forth particularly those portions of the report objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's report will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

IT IS SO ORDERED this 13th day of October, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02755 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

John Lewis Wardlaw
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Michael R. Gray
GRAY PLANT MOOTY MOOTY & BENNETT, P.A.
80 South Eighth Street
Minneapolis, MN 55402

Honorable J. Breen
US DISTRICT COURT