FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 OCT 19 AM 9: 52

THOMAS M. GOULD
_____ TRICT COURT
W/D OF ___ MEMPHIS

| | |
|---|---|
| ServiceMaster Residential/Commercial Services, L.P. | ) )  CASE NUMBER: 05-2755-BV |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER FOR EXPEDITED DISCOVERY** |
| | ) |
| Donnell Hooker, Tommy Tucker, Betty Tucker, Richard Tucker, Clean Source, Inc., and Blake Industries, Inc. | ) ) ) |
| | ) |
| Defendants. | ) |

*05 - 2755 - B*

The above-entitled matter came on for hearing before the undersigned Judge on Plaintiff's Motion for Expedited Discovery. Based upon all the files, records and proceedings herein, and the Court being duly advised in the premises, IT IS HEREBY ORDERED:

1.    Plaintiff's Motion for Expedited Discovery is granted;

2.    Plaintiff shall be allowed to serve the Expedited Discovery Requests attached to its Motion by any and all means available, including email, facsimile and/or U.S. mail. The Defendants shall have fourteen (14) days from the date of service in which to respond to Plaintiff's Expedited Discovery Requests and produce all documents sought therein.

3.    Plaintiff shall be allowed to conduct up to three depositions within thirty (30) days of the date of this Order. Defendants shall cooperate in scheduling the depositions requested by Plaintiff.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _10-19-05_

⑨

IT IS SO ORDERED.

Date: _October 18, 2005_                    _Diane K. Vescovo_
                                          United States ~~District~~ Judge
                                                    Magistrate

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in
case 2:05-CV-02755 was distributed by fax, mail, or direct printing on
October 19, 2005 to the parties listed.

---

John Lewis Wardlaw
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Michael R. Gray
GRAY PLANT MOOTY MOOTY & BENNETT, P.A.
80 South Eighth Street
Minneapolis, MN 55402

Honorable J. Breen
US DISTRICT COURT