UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -3 AM 9:38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ServiceMaster Residential/Commercial
Services, L.P.,

    Plaintiff,

v.                                                                     Cause No. 05-2755-BV

Donnell Hooker, Tommy Tucker,
Betty Tucker, Richard Tucker, Clean
Source, Inc. and Blake Industries, Inc.

    Defendants.

## ORDER ADMITTING ATTORNEY *PRO HAC VICE*

This cause came to be heard upon the motion of Plaintiff ServiceMaster Residential Commercial Services, L.P. for permission to allow Jason J. Stover to appear *pro hac vice* on its behalf in this action. The Court finds that movants have complied with Local Rule of Court 83.1(b). Accordingly, the Court grants the motion.

Jason J. Stover is hereby admitted to practice in this case *pro hac vice* on behalf of Plaintiff herein.

SO ORDERED, this the 2nd day of November, 2005.

_____
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-3-05

(11)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02755 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

John Lewis Wardlaw
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Michael R. Gray
GRAY PLANT MOOTY MOOTY & BENNETT, P.A.
80 South Eighth Street
Minneapolis, MN 55402

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Jason J. Stover
GRAY PLANT MOOTY MOOTY & BENNETT, P.A.
80 So. Eighth St.
Minneapolis, MN 55402

Honorable J. Breen
US DISTRICT COURT