IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ServiceMaster Residential/Commercial
Services, L.P.,

    Plaintiff,

v.                                     No. 05-2755-B/V

Donnell Hooker, Tommy Tucker,
Betty Tucker, Richard Tucker, Clean
Source, Inc. and Blake Industries, Inc.,

    Defendants.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Mr. Michael R. Gray has moved to appear pro hac vice for plaintiff in this action. Mr. Gray is licensed to practice law in the State of Minnesota and is a member in good standing of the United States District Court in Minnesota and the Minnesota Supreme Court. For good cause shown, that motion is granted. It is hereby ordered that Michael R. Gray be admitted pro hac vice and may actively participate in this action before this court.

IT IS SO ORDERED.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

11/7/05
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-8-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02755 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Michael R. Gray
GRAY PLANT MOOTY MOOTY & BENNETT, P.A.
80 South Eighth Street
Minneapolis, MN 55402

Jason J. Stover
GRAY PLANT MOOTY MOOTY & BENNETT, P.A.
80 So. Eighth St.
Minneapolis, MN 55402

John Lewis Wardlaw
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT